CROSSINGER *v.* THE STATE.
DAUPHIN *v.* THE STATE.
LICHENSTEIN *v.* THE STATE.
HEYNE *v.* THE STATE.
CHAMPION *v.* THE STATE.
McCOOL *v.* THE STATE.

APPEALS from the *Tippecanoe, Cass, Spencer, Jennings* and *Howard* Courts of Common Pleas.

*Thursday, December* 10.

*Per Curiam.*—The judgments in these cases are reversed, for the reason given in *O'Daily* v. *The State*, at the present term (1).

*Lane, Greenlee, Brouse, Voss, Biddle, Bingham* and *Vawter*, for the appellants.

*Chipman* and *Lindsay*, for the state.

(1) *Ante*, 494.